# Court of Appeals
# of the State of Georgia

ATLANTA, September 11, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0059.  BERTHA RICHARDSON v. JAMES DINKINS et al.**

James Dinkins and JD & Sons Construction won a judgment against Bertha Richardson in magistrate court.  Richardson appealed to state court, which held a de novo bench trial and likewise entered judgment against Richardson.  She filed a motion for new trial, which the state court denied.  She then appealed directly to this Court.  Because the state court's order disposed of a de novo appeal from a magistrate court decision, Richardson was required to follow the discretionary appeal procedure set forth in OCGA § 5-6-35 (b).  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __09/11/2013__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.